IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
00 SEP 18 PM 2:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| WILLARD DWIGHT McCOBBIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 97-B-2123-NE |
| ) | |
| WARDEN JAMES DeLOACH, et al, ) | |
| ) | |
| Respondents. ) | |

| | |
|---|---|
| WILLARD DWIGHT McCOBBIE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 99-B-2658-NE |
| ) | |
| WARDEN STEVE DEES, et al, ) | |
| ) | |
| Respondents. ) | |

ENTERED
SEP 18 2000

## MEMORANDUM OF OPINION

The court has previously deemed the petitioner's claims ripe for summary disposition under Rule 8(a) of the *Rules Governing Section 2254 Cases* on the basis of the defenses asserted in the respondents' answers. Further, the court has consolidated this civil action with CV 99-B-2658-NE, as the petitioner is challenging the same conviction and sentence in both petitions. The court has now considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

In accord with the recommendation, summary judgment is due to be entered in favor of defendants, and the petitions for writ of habeas corpus are due to be dismissed. An appropriate order will be entered.

DONE, this 18th day of September, 2000.

SHARON LOVELACE BLACKBURN
United States District Judge